THE STATE OF OHIO, APPELLEE, v. CHARLTON, APPELLANT.

[Cite as *State v. Charlton* (1996), 74 Ohio St.3d 231.]

(No. 95–1357—Submitted September 12, 1995—Decided January 10, 1996.)

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Lisa A. Locke Graves,* Assistant Prosecuting Attorney, for appellee.

*Joseph A. Charlton, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.